UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY T. BURKS, | 1:12-CV-00918 GSA HC |
|     Petitioner, | ORDER GRANTING MOTION TO INCLUDE EXHIBIT |
|     v. | [Doc. #6] |
| M. CATE, Secretary, | |
|     Respondent. | |

    Plaintiff is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 6, 2012, Petitioner filed the instant petition. On August 20, 2012, he filed a motion to include an exhibit with his petition. He states he was re-housed in the institution and was separated from his legal property during the time he filed the instant petition. He states he was not in possession of the document he now seeks to include with his petition when he filed his petition, but it is a necessary exhibit. Good cause having been presented and good cause appearing therefor, the Court will grant Petitioner's motion to include the exhibit as part of the

1

1  petition.

2      Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to include exhibit with

3  his petition is GRANTED.

5      IT IS SO ORDERED.

6      **Dated:   August 28, 2012**         /s/ **Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE