IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY T. BURKS, | 1:12-cv-00918-LJO-GSA (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE MOTION TO DISMISS |
|     vs. | |
| M. CATE, | (DOCUMENT #16) |
|     Respondent. | DEADLINE: DECEMBER 4, 2012 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 7, 2012, petitioner filed a motion to extend time to file an opposition to the respondents' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted up until December 4, 2012 in which to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:   **November 27, 2012**         **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE